## GEORGE BEBINGER, RESPONDENT, *v.* BENJAMIN A. SWEET, APPELLANT.

*Malicious prosecution — evidence to sustain action for.*

In an action for malicious prosecution, it is not necessary to allege or prove on the trial that the prosecution has terminated. (2 Greenl. Ev., § 452; *Granger v. Hill,* 4 Bing. N. C., 212.)

APPEAL from a judgment entered on the verdict of a jury in favor of plaintiff, and from an order denying a motion for a new trial.

*Mead & Burlingame,* for the appellant.   *Amasa J. Parker,* for the respondent.

Opinion by BOARDMAN, J.

Present — LEARNED, P. J., BOARDMAN and BOOKES, JJ.

Judgment and order affirmed, with costs.